LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Alonzo Serna, | ) No. CV 05-2411-PHX-EHC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph M. Arpaio, | ) |
| Defendant. | ) |

Pending before the Court is Magistrate Judge Aspey's Report and Recommendation for dismissal of this action without prejudice for Plaintiff's failure to comply with Court Orders and failure to prosecute (Dkt. 8). Plaintiff has not filed a Response or Objection. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Dkt. 8) is **adopted**. The Complaint is **dismissed** without prejudice.

DATED this 25th day of September, 2006.

_____
Earl H. Carroll
United States District Judge